# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RICHARD SMITH,** | : | **Civil No. 1:08-CV-1277** |
| **Plaintiff,** | : | |
| vs. | : | **(Judge Conner)** |
| **SERGEANT KUZO, et al.,** | : | **(Magistrate Judge Carlson)** |
| **Defendants.** | : | |

## ORDER

AND NOW, this 19th day of February 2010, the Court having received a motion to enlarge the time in which to respond to the Defendants' motion for partial summary judgment, (Doc. 34), IT IS ORDERED as follows: With respect to this motion the Plaintiff shall file a response to the motion, along with any brief, in accordance with Local Rule 7.6 on or before **February 22, 2010.** Pursuant to Local Rule 7.7 the Defendants' counsel may then file a reply brief on or before **March 8, 2010.** All briefs must conform to the requirements prescribed by Local Rule 7.8.

*S/Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge

1